## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

May 7, 2009

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367

The Honorable William H. Walls
U.S. District Judge
Martin Luther King, Jr. U.S. Courthouse
Newark, NJ 07101

Re: Aroniss, Paul
Docket # 05-CR-833-01

**EARLY TERMINATION REQUEST RESPONSE**

Dear Judge Walls:

Mr. Aroniss was sentenced by Your Honor on September 26, 2006 to 1 year and a day of custody to be followed by a 3 year term of Supervised Release. Having been convicted of Receiving Corrupt Payments, the Court imposed the standard conditions of supervision, along with the following special conditions: DNA testing; Financial Disclosure and No New Debt. In addition, the offender was ordered to pay a fine in the amount of $5,000 and a $100 special assessment.

All court-ordered conditions have been met and there are no supervision issues pending resolution. He is scheduled to expire from supervision on September 25, 2010. The offender has been cooperative with the Probation Office and, to our knowledge, has remained free of further criminal activity.

I am available to discuss this matter further at your convenience.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

Patricia C. Jensen

Patricia Cassidy Jensen
U.S. Probation Officer Assistant

/pcj